# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| GABER ALSWMAI GAMAL NASSER, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. 4:19-cv-00947-ACA-JEO<br>)<br>) |
| WILLIAM BARR, | )<br>) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is an action filed pursuant to 28 U.S.C. § 2241 challenging the legality of Petitioner Gaber Alswmai Gamal Nasser's continued detention by federal immigration authorities pending his removal from the United States. (Doc. 1). On November 8, 2019, the magistrate judge entered a report and recommendation, recommending that the court grant Respondent's motion to dismiss and dismiss this action without prejudice as moot. (Doc. 8). The magistrate judge advised Mr. Nasser of his right to file specific written objections within 14 days, but the court has not received any objections.

After careful consideration of the record in this case, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.

The court **WILL GRANT** Respondent's motion to dismiss (doc. 7), and the court **WILL DISMISS** this action **WITHOUT PREJUDICE** as moot.

The court will enter a separate order consistent with this memorandum opinion.

The Clerk is DIRECTED to serve a copy of this memorandum opinion and the accompanying final order on Mr. Nasser at his last known address.

**DONE** and **ORDERED** this December 17, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE